1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JASON ARTHUR ALTHEIDE,          Case No. CV 13-2793 SVW (SS)

12              Plaintiff,

13       v.                              **JUDGMENT**

14  DR. ANGELINE DeGUZMAN, et al.,

15              Defendants.

16

17       Pursuant to the Court's Order Accepting Findings,

18  Conclusions and Recommendations of United States Magistrate

19  Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is

22  dismissed with prejudice.

23

24  DATED:  December 17, 2013

                                /s/ Stephen V. Wilson    __
25                                STEPHEN V. WILSON
                               UNITED STATES DISTRICT JUDGE
26

27

28